### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

DELOSANGELES HARPER, #139885                         PLAINTIFF

v.                  NO. 4:15CV00414 JLH

MICHELLE NASH                                        DEFENDANT

### JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 21st day of July, 2015.

*J. Leon Holmes*
UNITED STATES DISTRICT JUDGE